

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

PD-1539-07

ROBERT HUFFMAN, Appellant

v.

THE STATE OF TEXAS

ON  DISCRETIONARY REVIEW OF
CASE 04-06-00126-CR OF THE FOURTH COURT OF APPEALS
BEXAR COUNTY

*WOMACK, J., filed a concurring opinion.*

I agree with the observation in Judge Meyers's opinion (*ante*) that the court's charge to the jury presented theories of liability that were not raised by the evidence, and with Judge Cochran's opinion (*post*) that there was only one offense and that a charge in the disjunctive could be proper. Therefore I concur in the judgment of the Court.

Filed: October 1, 2008
Publish.